WO

# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

Leonard Wallner and Vicki Wallner,
    Plaintiffs,
vs.
Foremost Insurance Company et al.,
    Defendants.

No. CV 10-0884-PHX-SMM

**ORDER**

Before the Court is the parties' Stipulation for Dismissal With Prejudice (Doc. 48). Accordingly,

**IT IS HEREBY ORDERED DISMISSING** any and all claims with prejudice, with all parties to bear their respective costs and attorneys' fees.

DATED this 28th day of November, 2011.

Stephen M. McNamee
United States District Judge